JERRY A. WIESE, II, ESQ.
Nevada Bar No. : 005546
612 S. 10th Street
Las Vegas, Nevada 89101
Telephone: (702) 320-7755
Facsimile: (702) 320-7760
Attorney for Plaintiff

**DISTRICT COURT
CLARK COUNTY, NEVADA**

SHANE TRACEY,

    Plaintiff,

vs.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive,

    Defendant,

CASE NO.: 2:09-CV-1257-GMN-PAL

## JUDGMENT UPON JURY VERDICT

The above-referenced matter came on for Trial, before a Jury, on Tuesday, September 21, 2010. Evidence was submitted and testimony was taken, and the Jury retired to deliberate on Wednesday, September 29, 2010. On Friday, October 1, 2010, the Jury returned with a Verdict in favor of the Plaintiff, SHANE TRACEY, and against the Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY.

The Jury found that American Family did breach its contract of insurance with the Plaintiff, Shane Tracey, and awarded $50,000.00 to the Plaintiff, along with interest on said amount from 5/29/09 forward.

The Jury found that American Family did not breach the "implied covenant of good faith and fair dealing" owed to the Plaintiff.

The Court found, as a matter of law, that the Defendant, American Family, violated 686A.310(1)(b) and 686A.310(1)(n).

The Jury found that American Family "did not" violate NRS 686A.310(1)(c).

The Jury found that American Family "did" violate NRS 686A.310(1)(e) and 686A.310(1)(f).

1  The Jury found that the Plaintiff "did" suffer damages as a result of the violations of NRS
2  686A.310, and awarded the Plaintiff the sum of $150,000.00.
3  The Jury "did not" find by clear and convincing evidence that American Family acted with
4  malice, oppression, or fraud. The jury was polled at the request of the defense, and the Jurors
5  indicated their agreement with the verdict, unanimously.
6  Based upon the Jury's Verdict, and other good cause appearing therefore,
7  **IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the Plaintiff, SHANE
8  TRACEY, is awarded a Judgment against the Defendant, AMERICAN FAMILY MUTUAL
9  INSURANCE COMPANY, in the total amount of $200,000.00.
10  **IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the Plaintiff, SHANE
11  TRACEY, is awarded interest on the $50,000.00 contract damages, from 5/29/09 forward, as
12  follows: Pursuant to NRS 17.130 and NRS 99.040, the applicable statutory rate of interest is 5.25%.
13  $50,000.00 x 5.25% = $2,625.00/per year ÷ 365 = $7.1917 per day. 5/29/09 - 12/31/09 = 216 days.
14  1/1/10 - 10/18/10 = 291 days. 216 + 291 = 507 days x 7.1917 = $3,646.19
15  DATED this 19th day of October, 2010.

_____
Gloria M. Navarro
United States District Judge

18  Respectfully submitted by:
    WILLIAMS :& WIESE
19
20  JERRY A. WIESE II, ESQ.
    Nevada Bar No.: 005546
21  612 S. 10th Street
    Las Vegas, Nevada 89101
22  Attorneys for Shane Tracey

23  Approved as to Form and Content by:
    ATKIN WINNER & SHERROD
24
25  Thomas E. Winner, Esq.
    Matthew J. Douglas, Esq.
26  1117 South Rancho Drive
    Las Vegas, Nevada 89102
27  Attorney for American Family
28

WILLIAMS & WIESE
Attorneys at Law
612 South 10th Street
Las Vegas, Nevada 89101
Telephone (702) 320-7755   Facsimile (702) 320-7760

2