# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Shane Tracey,

             Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

American Family Mutual Insurance Company,

Case Number:   2:09-cv-01257-GMN-PAL

             Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Plaintiff is awarded $11,825.00 for attorney's fees and pre-judgment interest on fees in the amount of $843.62.

IT IS FURTHER ORDERED that Plaintiff is awarded $8,532.76 for costs and pre-judgment interest on costs in the amount of $608.75.

IT IS FURTHER ORDERED that pre-judgment interest on the $150,000.00 awarded as damages is awarded in the amount of $10,701.37.

| December 30, 2010 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Erin Smith |
| | (By) Deputy Clerk |